Ashley Graham
7895 Sorrel Lane
Corona, CA  92880
Telephone 714-659-0608
Fax 951-639-3793
theashleygraham@yahoo.com

Plaintiff in Pro per

**FILED**

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE

2016 APR 28  AM 10: 32

BY _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

ED CV16-00847 PA (FFM)

| | |
|---|---|
| ASHLEY GRAHAM, | ) CASE NO. |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT AND DEMAND** |
| vs. | ) **FOR TRIAL BY JURY** |
| | ) |
| DUVERA BILLING SERVICES, | ) |
| LLC DBA DUVERA FINANCIAL | ) |
| AND DOES 1-10, INCLUSIVE, | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## PRELIMINARY STATEMENT

1.     This is an action for damages brought by an individual consumer

against the named defendant for violations of the Fair Credit Reporting

Act ("FCRA"), 15 U.S.C. §1681 et seq., and Fair Debt Collection

Practices Act, 15 U.S.C. §1692, et. seq. ("FDCPA"), California Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788 et seq. ("Rosenthal Act"), and the Consumer Credit Reporting Agencies Act, Civ. Code, § 1785.1 et seq. ("CCRAA").

<u>PARTIES</u>

2.     Plaintiff ASHLEY GRAHAM ("Plaintiff") is a natural person residing in the state of California, County of Riverside, California.

3.     Defendant DUVERA BILLING SERVICES, LLC DBA DUVERA FINANCIAL ("Duvera") at all times relevant was a limited liability company doing business of collecting debts in Riverside County, California with a principal place of business located in Carlsbad, California.

4.     Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and by the Rosenthal Act, California Civil Code §1788.2(c).

5.     The true names and capacities, whether individual, corporate

(including officers and directors thereof) associate or otherwise of Defendants sued herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.  Plaintiff alleges that each Defendant designated as DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venture, alter ego, third party beneficiary, or otherwise, for the agreements, transactions, events and/or acts hereinafter described, and thereby proximately caused injuries and damages to Plaintiff.  Plaintiff requests that when the true names and capacities of these DOE Defendants are ascertained, they may be inserted in all subsequent proceedings, and that this action may proceed against them under their true names.

6.     Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

7.     The purported debt that Defendant attempted to collect from Plaintiff was a "debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

8.     Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code §1788.2(h).

9.     The purported debt which Defendant attempted to collect from

1  Plaintiff was a "consumer debt" as defined by the Rosenthal Act, Cal.

2  Civ. Code §1788.2(f).

3

4  <center>JURISDICTION AND VENUE</center>

5  10.   Jurisdiction of the Court arises under 15 U.S.C. §1692 and 28

6  U.S.C. §1331.  The Court has supplemental jurisdiction over the

7

8  Rosenthal Act claim under 28 U.S.C. §1367.

9  11.   Venue lies properly in this district pursuant to 28 U.S.C §1391(b).

10

11  <center>FACTUAL ALLEGATIONS</center>

12  12.   Plaintiff was a victim of identity theft, likely due to an auto loan

13  application that occurred around October, 2015.

14

15  13.   Plaintiff contends that an unknown individual attempted to

16  obtain various types of credit accounts using Plaintiff's stolen

17  information.

18

19  14.   The applications often did not contain Plaintiff's correct telephone

20  number and address.

21

22  15.   Upon receipt of a past due letter from Duvera, Plaintiff disputed

23  the debt and notified Duvera in writing on January 5, 2016 that she did

24  not open the account and Plaintiff instructed Duvera to remove the

25

26  account from her credit report.

27

28

16.     On March 7, 2016 Plaintiff disputed the Duvera account with Experian, TransUnion, and Equifax in compliance with FCRA, FDCPA, and Rosenthal Act.

17.     On April 13, 2016 Plaintiff reviewed her credit reports and Duvera was still reporting an unpaid collection account to TransUnion and Equifax.

18.     In correspondence received from Equifax dated April 8, 2016 and received April 15, 2016, Equifax stated: "We have researched the collection account.  Account # - 9300A882. The results are: We verified that this item belongs to you.  Additional information has been provided from the original source regarding this item.  If you have additional questions about this item please contact: Duvera Billing Services, LI, 2701 Loker Ave W Ste 280, DBA Duvera Collections, Carlsbad, CA 92008-6639."

<div align="center">FIRST CAUSE OF ACTION</div>

<div align="center">VIOLATION OF THE FCRA 15 U.S.C. §1681S-2B<br>(As Against Duvera Billing Services, LLC dba Duvera Financial)</div>

19.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20.    At all times pertinent hereto, defendant Duvera was a "person" as that term is defined by 15 U.S.C. §1681a(b).

21.    At all times pertinent hereto, defendant Duvera was a "furnisher of credit information" as contemplated by 15 U.S.C. §1681s-2(b).

22.    Duvera reported to the credit agencies that Plaintiff had an open and unpaid collection account in the amount of $2630, which was erroneous and inaccurate because Plaintiff never opened an account with defendant.

23.    Plaintiff disputed the debt with Duvera and with the three consumer reporting agencies TransUnion, Equifax, and Experian ("Agencies"), specifically that she did not open the account and that the account was unauthorized.

24.    The agencies were required to notify Duvera of Plaintiff's dispute.

25.    Duvera failed to correct the inaccuracy, specifically, it failed to delete the fraudulent account from Plaintiff's credit report within the time period mandated by FCRA.

26.    Defendant Duvera violated sections 1681n and 1681o of the FCRA by willfully and/or negligently failing to comply with the requirements imposed on furnishers of information pursuant to §1681s-2(b).

27.    15 United States Code section 1681s-2(a)(1)(B) prohibits furnishing "information relating to a consumer to any consumer reporting agency if (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, inaccurate."

28.    Defendant Duvera's conduct was a direct and proximate cause, as well as a substantial factor, in causing the serious injuries, damages and harm to Plaintiff by reporting negative information that is damaging to Plaintiff's credit profile and credit score which has led to Plaintiff being denied credit.  As a result, Duvera is liable to compensate Plaintiff for the full amount of statutory, actual, and punitive damages, as well as other such relief, permitted by law for at least $1,000.00.

<div align="center">

SECOND CAUSE OF ACTION
VIOLATION OF FDCPA
(As Against Duvera Billing Services, LLC dba Duvera Financial)

</div>

29.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

30.     Under 15 U.S.C. 1692e, a debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. The false representation of the character, amount, or legal status of any debt constitutes a violation under this section.

31.     Plaintiff did not open an account with Defendant Duvera.

32.     Plaintiff properly disputed the debt with Defendant Duvera and with the three major credit reporting bureaus Experian, Equifax, and TransUnion.

33.     Defendant Duvera has falsely represented the character of the debt that it has reported to Plaintiff's credit report, in that she has an unpaid collection account with Duvera.

34.     Duvera has falsely represented the amount of the debt in that there is a balance owed of $2630.

35.     Duvera has falsely represented the legal status of the debt in that it is an unpaid collection account assigned 2/2016.

36.     Duvera's conduct was a direct and proximate cause, as well as a substantial factor, in causing the serious injuries, damages and harm to the Plaintiff outlined more fully above, and as a result, Duvera is liable

to compensate Plaintiff for the full amount of statutory, actual, and punitive damages, as well as other such relief, permitted by law for at least $1,000.00.

### THIRD CAUSE OF ACTION
### <u>VIOLATION OF ROSENTHAL ACT</u>

(As Against Duvera Billing Services, LLC dba Duvera Financial)

37.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

38.    The Rosenthal Act provides that "every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j [of the FDCPA], inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code." Cal. Civ. Code § 1788.17.

39.    This cause of action under California law essentially mirrors the cause of action provided under the FDCPA.[1]

40.    The Rosenthal Act's remedies are cumulative, and are available even when the FDCPA affords relief.

---

[1] See, e.g., *Gold v. Midland Credit Mgmt., Inc.*, 82 F.Supp.3d 1064, 1078 (N.D. Cal. 2015) ("The Rosenthal Act requires compliance with the FDCPA and a debt collector that violates the FDCPA also violates the Rosenthal Act.").

41.     Accordingly, Plaintiff is entitled to statutory damages in the amount of $1,000 for Defendant's violation of the Rosenthal Act by failing to comply with the FDCPA as alleged above.

<div align="center">

**FOURTH CAUSE OF ACTION**
**VIOLATION OF CONSUMER CREDIT**
**REPORTING AGENCIES ACT**
(As Against Duvera Billing Services, LLC dba Duvera Financial)

</div>

42.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

43.     The Consumer Credit Reporting Agencies Act, Civ. Code, § 1785.1 et seq prohibits "furnish[ing] information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate." (Civ. Code, § 1785.25, subd. (a).)

44.     Plaintiff contends Duvera furnished information to credit agencies that it knew or should have known was inaccurate because Plaintiff disputed the debt, provided personal information to conclude that the account was unauthorized and not opened by Plaintiff, and that it had ample time to delete the inaccurate information to avoid liability.

45.    As a proximate result of defendant's conduct, Plaintiff is entitled to statutory damages under the CCRAA in the amount of $1,000.00

<div align="center">JURY DEMAND</div>

46.    Plaintiff demands a jury trial on all issues so triable.

<div align="center">PRAYER FOR RELIEF</div>

47.    Wherefore, Plaintiff respectfully requests that judgement be entered against Defendant for the following:

a.    Actual damages;

b.    Statutory damages pursuant to Cal. Civ. Code §1788.30(a) and 15 U.S.C. 1692k;

c.    Injunctive relief including but not limited to the removal of the derogatory credit information; and

d.    Such other and further relief as may be proper.

Dated:  April 28, 2016

Ashley Graham, Plaintiff in Pro Per

Step 1   Dispute Information     Step 2   Upload Documents     Step 3   Review & Submit     Step 4   Get Confirmation

# Equifax Credit File™ for: Ashley Graham

## As of Date: 04/19/2016

Personal Information | Accounts | Negative Information | Inquiries

Accounts | Collections | Public Records

## Collections

Show All Dispute Options

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

### DUVERA BILLING SERVICES LL

Dispute Item

| | |
|---|---|
| Agency Address: | 1959 Palomar Oaks Way<br>Carlsbad, CA  92009-1314<br>(760) 602-5000 |
| Date Reported: | 04/2016 |
| Date Assigned: | 02/2016 |
| Creditor Classification: | Personal Services |
| Creditor Name: | RENE URIBE DBA THE HDTV OUTLET |
| Account Number: | 9300XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $1,500 |
| Date of 1 st Delinquency: | 09/2015 |
| Balance Date: | 04/2016 |
| Balance Owned: | $2,630 |
| Last Payment Date: | |
| Status Date: | 04/2016 |
| Status: | D - Unpaid |
| Comments: | Collection account |

- 12-

P.O. Box 105069
Atlanta, GA 30348

April 8, 2016



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000011035 F0ECA0409160322380000 02 000000
002203583-12008
Ashley Graham
7895 Sorrel Ln
Corona, CA 92880-3528

Dear Ashley Graham:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries. If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line at www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

**Results Of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

>>> **We have researched the collection account. Account # - 9300A882 The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Duvera Billing Services LI, 2701 Loker Ave W Ste 280, DBA Duvera Collections, Carlsbad, CA 92008-6639**

Page: 2 of 6

Consumer Credit Report for ASHLEY GRAHAM                    File Number: 356277855  Date Issued: 04/07/2016

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $444 | $484 | $507 | $531 | $481 | $507 | $507 | $499 | $500 | $486 | $488 | |
| Scheduled Payment | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | |
| Amount Paid | | | | | | | | | $15 | $15 | $15 | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Remarks | | | | | DRG | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

**DUVERA #9300****** (1910 PALOMAR POINT WAY, STE 101, CARLSBAD, CA 92008, (866) 337-2537)

| | | | |
|---|---|---|---|
| Placed for collection: 02/10/2016 | Balance: | $2,630 | Pay Status: >In Collection< |
| Responsibility: Individual Account | Date Updated: | 03/29/2016 | Date Closed: 03/29/2016 |
| Account Type: Open Account | Last Payment Made: | 12/28/2015 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Amount: | $1,500 | |
| | Original Creditor: | RENE URIBE DBA THE HDTV OUTLET (Personal Services) | |
| | Past Due: | >$1,193< | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 08/2022      - 13 -