Ashley Graham
7895 Sorrel Lane
Corona, CA 92880
Telephone 714-659-0608
Fax 951-639-3793
theashleygraham@yahoo.com

Plaintiff in Pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY GRAHAM, | CASE NO. 5:16-cv-00847-PA-FFM |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| DUVERA BILLING SERVICES, LLC DBA DUVERA FINANCIAL AND DOES 1-10, INCLUSIVE, | |
| DEFENDANTS. | |

Please be advised that Plaintiff and has entered into as settlement with Defendant Duvera Billing Services, LLC DBA Duvera Financial.

NOTICE OF SETTLEMENT
- 1 -

Plaintiff anticipates filing a voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 5 days.

Dated: May 20, 2016

_____
Ashley Graham, Plaintiff in Pro Per

PROOF OF SERVICE

STATE OF CALIFORNIA     )
COUNTY OF RIVERSIDE     )

I, Monica Graham, declare as follows:

I am employed in Riverside County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is:

7895 Sorrel Lane, Corona, CA 92880

On May 24, 2016, I served the following:

NOTICE OF SETTLEMENT

On interested parties in said action by Electronic Mail if email identified, or U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Duvera Billing Services, LLC<br>Dba Duvera Financial<br>1910 Palomar Point Way, Suite 101<br>Carlsbad, CA 92008 | Via Email<br>Mary.Jones@easypayfinance.com |

    I personally deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Norco, California, in the ordinary course of business. I am not a registered California process server.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2016 at Corona, California

*/s/ Monica Graham*